UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | CR 209-26 |
|  | ) |  |
| JOHN ROSS SILVA | ) |  |
|  | ) |  |

ORDER

The Government having moved the court for leave to dismiss the Indictment without prejudice against John Ross Silva, pursuant to Rule 48(a), Fed. R. Crim. P. and a written plea agreement, it is hereby

CONSIDERED, ADJUDGED, and DECREED that said motion is GRANTED and the Indictment is hereby dismissed against John Ross Silva, without prejudice.

SO ORDERED this 14 day of August, 2009.

HONORABLE LISA GODBEY WOOD
JUDGE, UNITED STATES DISTRICT COURT